# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:16-cr-00048-01-DGK |
| ANTONIO M. SLATER, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court is Defendant's motion to suppress (Doc. 33), the Government's opposition (Doc. 37), and United States Magistrate Judge Lajuana M. Counts's Report and Recommendation (Doc. 48). Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). After reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Counts's Report and Recommendation be ADOPTED. The Court finds Judge Counts's findings of facts are supported by the record. Additionally, Judge Counts's legal conclusion that the officer's investigative stop was supported by a reasonable, articulable suspicion that Defendant was involved in criminal activity is consistent with Eighth Circuit law. Accordingly, Defendant's motion to suppress (Doc. 27) is DENIED.

**IT IS SO ORDERED.**

Date: December 14, 2018    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT