# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-00048-01-CR-W-DGK |
| | ) | |
| ANTONIO M. SLATER, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 4, 2016, the Grand Jury returned a one-count Indictment charging that on or about November 28, 2015, in the Western District of Missouri, the Defendant, Antonio M. Slater, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government:  Matthew Aaron Moeder
      Case Agent:   John Streubel, Kansas City Police Department
      Defense: Stephen C. Moss

**OUTSTANDING MOTIONS**:  No outstanding motions

**TRIAL WITNESSES**:
      Government:  3 with stipulations; 7 without stipulations
      Defendants:    less than 3 witness, including the Defendant

**TRIAL EXHIBITS**
      Government:  approximately 25 exhibits
      Defendant:    no more than 5 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
      ( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 1.5 to 2 days total**
>Government's case including jury selection: one day(s)
>Defense case: less than half a day(s)

**STIPULATIONS**: Possible stipulation as to interstate nexus and felony status.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

>**Witness and Exhibit List**
>>Government: (none filed) **Due on or before January 29, 2019.**
>>Defense: (none filed) **Due on or before January 29, 2019.**

>**Counsel are requested to list witnesses in alphabetical order on their witness list.**

>**Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, February 6, 2019.**

>**Please Note**: Jury instructions must comply with Local Rule 51.1

>**Motion in Limine:** One or both parties is/are considering a motion in limine regarding co-defendant and prior convictions. **Motions in Limine due on or before February 6, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for February 11, 2019.

>**Please note:** Steve Moss has another case (Taylor 18-244) that he anticipates trying on the February docket. Matt Moeder also has another case (Milligan 18-106) on the February docket.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE